## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RUPERTO VICENS-MARQUEZ,
*Petitioner*,

v.

LUIS SOTO ET AL.,
*Respondents*.

Civil No.: 25-16906 (KSH)

**TEMPORARY ORDER TO SEAL**

Pursuant to L. Civ. R. 5.3(c)(9), L. Civ. R. 5.2, and the Court's ECF Policies and Procedures, this Court has *sua sponte* temporarily sealed petitioner's filing at D.E. 6-1, an exhibit to D.E. 6 that is comprised of over 50 letters in support of petitioner, because it contains sensitive information (including birth dates and driver's license numbers). Petitioner shall file forthwith a properly redacted version of this exhibit, and shall follow the procedures set forth in L. Civ. R. 5.3 to maintain the unredacted document under seal.

**SO ORDERED** this 4th day of November, 2025.

*s/Katharine S. Hayden*
Hon. Katharine S. Hayden, U.S.D.J.